NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KAREN JOHNSON,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2012-3026

---

Petition for review of an arbitrator's decision in case no. 090602-57266-1 by Alfred O. Haynes, Sr.

---

## ON MOTION

---

## ORDER

The Department of Veterans Affairs moves for a 45-day extension of time, until May 14, 2012, to file its response brief. Karen Johnson opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 29 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Richard R. Klein, Esq.
    Melissa Devine, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 29 2012

JAN HORBALY
CLERK